IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | No. 3-07CR0012-D |
| KIMBERLY LAYNE JOHNSON | § | |

INDICTMENT

The Grand Jury Charges:

Count One
Receipt of Child Pornography
(Violation of 18 U.S.C. § 2252(a)(2))

Between January 25, 2006 and February 2, 2006, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Kimberly Layne Johnson**, knowingly received a visual depiction of a minor engaged in sexually explicit conduct, the production of which involved the use of a minor engaged in sexually explicit conduct, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, to wit: **Johnson** used the internet to download movie files and still images of minors engaged in sexually explicit conduct.

Included in the images received by **Johnson** were the following five described computer files, which depict minors engaged in sexually explicit conduct and which depict the lascivious exhibition of the genitals and pubic area of said minors, as defined in 18 U.S.C. § 2256:

| Date | File name | Description of image |
|---|---|---|
| 01/27/2006 | 0477.JPG | Image depicting genital-genital sexual intercourse between a minor female wearing a blue shirt and an adult male |
| 01/27/2006 | 0478.JPG | Image depicting a minor female wearing a blue shirt performing oral-sexual intercourse on an adult male |
| 01/27/06 | 0578.jpg | Still image depicting oral-genital sexual intercourse between an adult male and a clothed minor female wearing a green barrette in her hair |
| 01/25/06 | 140.mpeg | Movie file depicting masturbation of the genitals of a nude minor female |
| 01/25/06 | 096.MPEG | Movie file depicting the lewd and lascivious exhibition of the genitals of a minor female |

In violation of 18 U.S.C. § 2252(a)(2).

<u>Count Two</u>
Possession of Child Pornography
(Violation of 18 U.S.C. § 2252(a)(4)(B))

On or about July 27, 2006, in the Dallas Division of the Northern District of Texas and elsewhere, the defendant, **Kimberly Layne Johnson**, knowingly possessed material, specifically, a CD-Rom, that contained more than five visual depictions of minors engaged in sexually explicit conduct that had been mailed, shipped, and transported in interstate and foreign commerce, including by computer and which were produced using materials that had been mailed, transported, and shipped in interstate and foreign commerce.

Included in the images possessed by **Johnson** were the following five described computer files, which depict minors engaged in sexually explicit conduct and which depict the lascivious exhibition of the genitals and pubic area of said minors, as defined in 18 U.S.C. § 2256:

| File name | Description of the image |
| --- | --- |
| 000-004-1JPG.JPG | Still image depicting the lewd, lascivious exhibition of the genitals of a nude prepubescent female |
| 000-013JPG.JPG | Still image depicting the lewd, lascivious exhibition of the genitals of a nude minor female |
| 000-025-1JPG.JPG | Still image depicting the lewd, lascivious exhibition of the genitals of a nude minor female |
| 000-040JPG.JPG | Still image depicting the lewd, lascivious exhibition of the genitals of a nude prepubescent female wearing a gold chain around her waist |
| 000-055-1JPG.JPG | Still image depicting the lewd, lascivious exhibition of the genitals of a nude prepubescent female |

In violation of 18 U.S.C. § 2252(a)(4)(B).

A TRUE BILL

REDACTED

FOREPERSON

RICHARD B. ROPER
UNITED STATES ATTORNEY

AISHA SALEEM
Assistant United States Attorney
Texas State Bar No. 00786218
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8600
Facsimile: 214.767.2846
Email: Aisha.Saleem@usdoj.gov

Indictment-Page 4

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN 10 2007

CLERK, U.S. DISTRICT COURT
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.                              3-07CR0012-D

KIMBERLY LAYNE JOHNSON (1)

INDICTMENT

18 U.S.C. § 2252(a)(2)
Receipt of Child Pornography

18 U.S.C. § 2252(a)(4)(B)
Possession of Child Pornography

2 Counts

A true bill rendered:

-------------------------------------------------------------------
DALLAS              [signature]                        FOREPERSON

Filed in open court this _____ day of _____, A.D. 2007.

-------------------------------------------------------------------
                                                            Clerk

Issue Arrest Warrant for Defendant KIMBERLY LAYNE JOHNSON
-------------------------------------------------------------------
[signature]
UNITED STATES DISTRICT/MAGISTRATE JUDGE
No Magistrate Complaint Pending
Magistrate Case No. 3:06-302-MJ

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**Related Case Information**

- Superseding Indictment: [ ] Yes [X] No    New Defendant: [X] Yes [ ] No
- Pending CR Case in NDTX: [ ] Yes [X] No   If Yes, number: _____
- Search Warrant Case Number: 3:06-302-MJ
- R 20 from District of: N/A
- Magistrate Case Number: 3:06-302-MJ

1. **Defendant Information**

   Juvenile: [ ] Yes [X] No

   If Yes, Matter to be sealed: [ ] Yes [X] No

   Defendant Name: KIMBERLY LAYNE JOHNSON (1)
   Alias Name: ____
   Address: ____

   County in which offense was committed: Dallas

2. **U.S. Attorney Information**

   AUSA Aisha Saleem    Bar # TX Bar No. 00786218

3. **Interpreter**

   [ ] Yes [X] No    If Yes, list language and/or dialect: ____

4. **Location Status**

   ISSUE ARREST WARRANT

   [ ] Already in Federal Custody as of ____ in ____
   [ ] Already in State Custody
   [ ] On Pretrial Release

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant: 2    [ ] Petty   [ ] Misdemeanor   [X] Felony

   | Citation | Description of Offense Charged | Count(s) |
   | --- | --- | --- |
   | 18 U.S.C. § 2252(a)(2) | Receipt of Child Pornography | 1 |
   | 18 U.S.C. § 2252(a)(4)(B) | Possession of Child Pornography | 2 |

   Date: 01/03/07    Signature of AUSA: _[signature]_