ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

*[FILED stamp: JAN 2 4 2007, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF TEXAS, By ___ Deputy]*

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| V. | §   NO. 3:07-CR-~~102~~ 12-D |
| | § |
| KIMBERLY LAYNE JOHNSON | § |

### MOTION FOR DETENTION

The United States moves for pretrial detention of defendant, Kimberly Layne Johnson, pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case.</u>   This case is eligible for a detention order because the case involves:

    __X__  Crime of violence (18 U.S.C. §3156);

    ____  Maximum sentence life imprisonment or death

    ____  10 + year drug offense

    ____  Felony, with two prior convictions in above categories

    ____  Serious risk defendant will flee

    __X__  Felony involving a minor victim

    __X__  Serious risk obstruction of justice

2. <u>Reason for Detention.</u>   The Court should detain defendant because there are no conditions of release which will reasonably assure:

    __X__   Defendant's appearance as required

**MOTION FOR DETENTION - 1**

    __X__ Safety of any other person and the community

3. <u>Rebuttable Presumption.</u> The United States **will** invoke the rebuttable presumption against defendant because:

    __X__ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. § 2423(b).

    ____ Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time For Detention Hearing.</u> The United States requests the Court conduct the detention hearing,

    __X__ At first appearance

    ____ After continuance of ___ days (not more than 3).

DATED this <u>24th</u> day of <u>January</u>, 2007.

Respectfully submitted,

RICHARD B. ROPER
United States Attorney

*/s/ Aisha Saleem*

AISHA SALEEM
Assistant United States Attorney
Texas State Bar No. 00786218
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214.659.8600
Facsimile: 214.767.2846
E-mail: Aisha.Saleem@usdoj.gov

MOTION FOR DETENTION - 2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion has been served upon defendant or his counsel of record in accordance with the provisions of Rule 49 F.R.Cr.P.

DATED this __24tht__ day of __January__, 2007.

_____
AISHA SALEEM
Assistant United States Attorney

**MOTION FOR DETENTION - 3**