IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| Plaintiff, | § |
| VS. | § Criminal Action No. 3:07-CR-012-D |
| KIMBERLY LAYNE JOHNSON, | § |
| Defendant. | § |

## ORDER

The government may file a response to defendant Kimberly Layne Johnson's ("Johnson's") emergency motion to reduce sentence under federal compassionate release in response to COVID-19 pandemic no later than May 26, 2020. To the extent that Johnson requests an emergency ruling before the government has had this opportunity to respond, the motion is denied.

**SO ORDERED**.

May 19, 2020.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE