IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Criminal No. 3:07-CR-012-D |
| VS. | § | |
| | § | |
| KIMBERLY LAYNE JOHNSON (1), | § | |
| | § | |
| Defendant. | § | |

## ORDER

Defendant's July 13, 2020 motion to withdraw as counsel—which is unopposed by government counsel and defendant Kimberly Lane Johnson—is granted. Katherine L. Reed, Esquire is terminated from further representation of defendant.

**SO ORDERED**.

July 14, 2020.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE